IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01511-WYD-MEH

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

LORINE SWEENEY and
GARY THOMAS SCHERPING,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 7, 2007.**

    Plaintiff's and Defendant Lorine Sweeney's Joint Motion [Filed August 30, 2007; Docket #13] is **granted**. Defendant Sweeney shall file an Answer to the Complaint within twenty days after the disposition of her motion for partial dismissal to all remaining claims.