IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01511-WYD-MEH

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

LORINE SWEENEY; and
GARY THOMAS SCHERPING,

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     In light of the settlement of this matter, Defendant Lorine Sweeney's Motion to Dismiss Certain Claims in Plaintiff Securities and Exchange Commission's Complaint (filed August 30, 2007) is **DENIED WITHOUT PREJUDICE**.

     Dated:  February 22, 2008