IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01511-WYD-MEH

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

LORINE SWEENEY; and
GARY THOMAS SCHERPING,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the SEC's Motion for the Entry of Consent Judgment as to Defendants Lorine Sweeney and Gary Scherping (filed February 25, 2008). The motion asserts that Defendants have signed and executed Consents (attached to the motion) to the entry of consent judgments. The motion further states that on February 21, 2008, the Securities and Exchange Commission ["SEC"] made a formal decision approving settlement of this action on the terms agreed to in principle by the Defendants and staff of the Division of Enforcement. Thus, the SEC states that it is appropriate to enter the consent judgments.

After a careful review of the SEC's motion and the file, I conclude that the motion should be granted and the consent judgments issued. Accordingly, it is

ORDERED that the SEC's Motion for the Entry of Consent Judgment as to Defendants Lorine Sweeney and Gary Scherping (filed February 25, 2008) is

**GRANTED**.  In accordance therewith, it is

ORDERED that Final Judgments shall be issued separately as to Defendants Lorine Sweeney and Gary Scherping.

Dated:  February 29, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge